**Exhibit A to the Complaint**

**Location:** Boston, MA  **IP Address:** 24.60.185.46
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 10/09/2024 22:12:52 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 2 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1<br>File Hash:<br>B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 10/09/2024 22:12:39 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 3 | Info Hash: 42760C789DF05E530C33EE99321EA23F020F1E44<br>File Hash:<br>6E91C73710889210AA62845010E6ABDA3BC6CA50E41671610BF43D90293C58A4 | 10/07/2024 15:07:13 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 4 | Info Hash: 2A6E3D0D5E0CE20277EEC8ED208FED87C570474E<br>File Hash:<br>28CB8899C2EF81572C8BB929B0C9BC02AA6960A09E0DD4F3E4B1FB2FE2A0B131 | 10/01/2024 22:27:57 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 5 | Info Hash: 7A0891DC5F7EC9A948FB00ECAA9E80787CE50DA7<br>File Hash:<br>813F90E0957ADA2AEDE430A18D2389ED0A97EC63A520879139A22781DB788EE9 | 09/24/2024 23:24:47 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 6 | Info Hash: C8B877E06A47699ED48742688B0A6C089AE55B6C<br>File Hash:<br>B0BBFD578A5A0B92A28B3CDE18C3E93651C5ADFD0CF0DEDC4762CF85186A783D | 09/23/2024 19:12:01 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 7 | Info Hash: 4740ADA851E6B2B38850F0065AC44D5FD38FA79D<br>File Hash:<br>DEBFDACBA29BD25F81FB85385ADF85E12FEC533937A1E9222C65DD546DFBDD21 | 09/23/2024 04:06:44 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 8 | Info Hash: 1325BD109A0C04C40579B2481789C4DD7ED64257<br>File Hash:<br>30D42B3F6C3D83BA3BCC70874311F84CC0C4110F16C4E6E166B0B2443EC5CB1D | 09/22/2024 04:20:04 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 9 | Info Hash: F6A8BB0702BE76F98E4372AF49679BA0E6F1CE25<br>File Hash:<br>969793A8A786E5190B2E6D421694D862B61402FB26838B251F4E8EA4C8287482 | 09/17/2024 19:42:47 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 10 | Info Hash: 2FAA9CF95C08A30B95D65FBACE405ABB337CBFB0<br>File Hash:<br>AA884518F1C67AF03F4B50514011CADCA82455A31E3417240D8D100ED5918FB8 | 09/17/2024 16:39:59 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 11 | Info Hash: 4737311B2F2EF13CE8D4D00DB133FD92217FE068<br>File Hash:<br>9819AB75418CDF63B4E0558DF77765175A796FA655E9E05971000CD635715943 | 09/17/2024 01:04:45 | Tushy | 08/13/2023 | 10/18/2023 | PA0002435313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7203FFBF7DCD547EFD0B9853420D11BFEFFE9171<br>File Hash:<br>71B15C81D70ED9F45F899AED44E9533BE4519C28228541FF84F0151CC9B422BC | 09/17/2024 01:04:01 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 13 | Info Hash: 5A75DB336119802DBEBC5F01862C1E52D894F3B0<br>File Hash:<br>D481DE01692F40560088E696547E341C77CFDB2FA4119272517733485529105A | 09/16/2024 02:35:34 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 14 | Info Hash: 60BB03364CE6A2D9A91A904B903FD995C36A9823<br>File Hash:<br>259C62445A2CC269A2CA97467C8CEB6E20AD8D4BE93A0FA1A42EE1AC0C5972FC | 09/16/2024 02:33:20 | Tushy | 07/21/2024 | 08/14/2024 | PA0002484840 |
| 15 | Info Hash: 100AD215BC9B1F19BAB6E9C21020DCD28F5A9616<br>File Hash:<br>2D1365AF83805EB6556F23144F202DDDB569B870B7BF772985F91EBDD15FAFBB | 09/14/2024 21:38:25 | Tushy | 08/18/2024 | 09/18/2024 | PA0002490454 |
| 16 | Info Hash: 556EBACF86AB28B054EE215F276F0B038CD9206F<br>File Hash:<br>04FF7F5E8307A1B54BAA98D04D14E9C82EDD3D8A6BF71E6F4E021A52D4E27452 | 09/14/2024 17:44:12 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 17 | Info Hash: B892BBFE396395E8B5ECFDBEB4A784C0E530E976<br>File Hash:<br>26A053FB4965842116009112B29A3075F688F248119F9D996F597172FCD243C1 | 09/12/2024 00:43:25 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 18 | Info Hash: 5E24D8C1DE9AAD1AC41E02476A90012595F67519<br>File Hash:<br>E1811831557FCE0CB8FE6FD4BA7ECDE3FA28055EEC9AF443E1C40F578D9F6644 | 09/11/2024 01:38:30 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 19 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash:<br>7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 09/03/2024 23:24:56 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 20 | Info Hash: 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D<br>File Hash:<br>228A943C721B6E73D1D08E7CED2AB7DAB6D245D9578D7299633D904849E6EA05 | 09/02/2024 12:22:17 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 21 | Info Hash: C22DE437704CD04AB8C9F4C385EAAD12AF6F13B8<br>File Hash:<br>D44F70B637E782408935383CE5FBEE34B0793AA136FD48FE6BA669E94304608A | 09/02/2024 12:21:58 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |
| 22 | Info Hash: 62AD3F2FA43DE045F16D1E9DAC72087250E8E8FC<br>File Hash:<br>BCF18325EAAF2D168A05E179502B20774B40626353FCA4B8B9B72A61B496DB04 | 09/01/2024 20:52:56 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 23 | Info Hash: DE360ACBCA8BF4095915424A703735B58D6537A6<br>File Hash:<br>27B5F92B2E068B0B070540CFD044F9840CA4AB03C59351FC46ED3DBE1F02D458 | 09/01/2024 20:50:51 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash:<br>8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 09/01/2024 20:48:21 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |