UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 24.60.185.46, <br><br> Defendant. | Civil Action No.   1:24-cv-12700-WGY |

**MOTION TO CONTINUE SCHEDULING CONFERENCE**

Pursuant to Fed. R. Civ. P. Rule 16(b)(4) and Local Rule 16.1(g) and upon the attached Memorandum of Points and Authorities in support of this motion, Strike 3 Holdings, LLC ("Plaintiff") respectfully moves for entry of an order continuing the scheduling conference currently listed on the Court's Order dated June 5, 2025. D.E. 18.

Dated: July 8, 2025                Respectfully submitted,

                    By:    /s/ *Jacqueline M. James*
                        Jacqueline M. James, Esq. (BBO #706668)
                        The James Law Firm, PLLC
                        445 Hamilton Avenue, Suite 1102
                        White Plains, New York 10601
                        T: 914-358-6423
                        F: 914-358-6424
                        E-mail: jjames@jacquelinejameslaw.com
                        *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE AND L.R. 7.1(a)(2) STATEMENT

Pursuant to Local Rules 5.2(b), 7.1(a)(2), and 7.1(c), I hereby certify that a true copy of the above document was electronically filed the with the Clerk of the Court using CM/ECF. I also mailed a copy of the foregoing documents to Defendant or Defendant's counsel prior to filing in this matter.

By: /s/ *Jacqueline M. James*