UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.60.185.46,<br><br>      Defendant. | Civil Action No. 1:24-cv-12700-WGY |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Continue the Scheduling Conference (the "Motion"), and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. The Motion is GRANTED. The Scheduling Conference currently set for 3:00 p.m. on July 15, 2025 is hereby STRUCK and amended to 3:00 p.m. on August 15, 2025.

**DONE AND ORDERED** this ___ day of _____, 202___.

By: _____
      **UNITED STATES DISTRICT JUDGE**